IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LORRAINE HOWARD FOR G.T. HOWARD,** : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 08-135-KD-M |
| **MICHAEL J. ASTRUE,** : | |
| Commissioner of | |
| Social Security, : | |
| Defendant. : | |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the decision of the Commissioner be AFFIRMED and that this action be DISMISSED.

DONE this 17th day of November, 2008.

s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE